# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

136503 & (11)(12)(14)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LESLIE SHANKSTER,
                    Plaintiff-Appellee,

v

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN,
                    Defendant-Appellant.

SC: 136503
COA: 284850
St. Clair CC: 07-001562-NF

_____/

　　　　On order of the Court, the motion for immediate consideration and the motion for leave to file amicus curiae brief are GRANTED.  The application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals.  The motion for stay is DENIED.

　　　　I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

Clerk

p0721